UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Laura Griffin, et al.
                                    Plaintiff,

v.                                       Case No.: 1:18−cv−05755
                                         Honorable Matthew F. Kennelly

Safeguard Properties Management LLC
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, September 16, 2018:

  yet appeared by counsel in the same manner that summons has been or is being served on each defendant. (mk)MINUTE entry before the Honorable Matthew F. Kennelly: Initial status hearing is set to 9:00 a.m. on 10/17/2018 before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly's standing initial order, which may be found on his web page, located at http://www.ilnd.uscourts.gov/_assets/_documents/_forms/_JUDGES/KENNELLY/INIT−ORD.htm. Counsel for plaintiff(s) are ordered to cause a copy of this order to be delivered forthwith to each defendant who has not

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.