AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LAURA GRIFFIN, TONY PARSONS, and SANDY KLOSTER,

V.

SAFEGUARD PROPERTIES MANAGEMENT, LLC et al

CASE NUMBER: 18-cv-05755

ASSIGNED JUDGE: Hon. Matthew F. Kennelly

DESIGNATED MAGISTRATE JUDGE: Hon. Young B. Kim

TO: (Name and address of Defendant)

CENLAR FSB
425 Phillips Blvd.
Ewing Township, NJ 08618

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Celetha Chatman
Community Lawyers, LLC.
20 N. Clark Street, Suite 3100
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

M. Coole

(By) DEPUTY CLERK



April 12, 2019

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/22/19 |
|---|---|
| NAME OF SERVER *(PRINT)* Glenn Burroughs | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Served Conlar FSB by leaving a copy with Joan Heras Assistant Corporate Secretary at 780 Township Line Rd., Yardley PA on 4/22/19

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/22/19
Date

[signature]
*Signature of Server*

990 Cedarbridge Ave Brick, NJ
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.