# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Laura Griffin, et al.

                                      Plaintiff,

v.                                                   Case No.: 1:18−cv−05755

                                                         Honorable Matthew F. Kennelly

Safeguard Properties Management LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 2, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion to compel as to Alissa LLC [140] is withdrawn without prejudice. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.