IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA GRIFFIN, TONY PARSONS, and SANDY KLOSTER, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 18-cv-5755<br>) |
| v. | ) Hon. Matthew F. Kennelly<br>) |
| SAFEGUARD PROPERTIES MANAGEMENT, LLC; ALLY BANK; CENLAR FSB; KAYLA ENTERPRISES, LLC; ML PROPERTY INSPECTIONS, INC.; ALISSA LLC; MARIO LOPEZ; and MOHANNAD AL ISSA, | ) Magistrate Judge Young B. Kim<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STATUS REPORT REGARDING MOTIONS TO COMPEL

**1) MOTION TO COMPEL AS TO DEFENDANT CENLAR FSB**

    a.    On December 19, 2019 this Court ordered parties to file a status report regarding Plaintiffs' motion to compel. Parties have not been able to resolve the motion to compel against Cenlar.

    b.    On December 30, 2019, Cenlar responded to Plaintiffs' motion to compel. Cenlar's response included its objections to Plaintiffs' discovery requests, but to date Cenlar has not served Plaintiffs with the responses to the subject discovery.

    c.    Parties are awaiting a decision from the Court on Plaintiffs' motion to compel.

**2) MOTION TO COMPEL AS TO DEFENDANT ALLY BANK**

    a.    On December 19, 2019 this Court ordered parties to file a status report regarding Plaintiffs' motion to compel. Parties have not been able to resolve the motion to compel against Ally Bank.

    b.    On December 30, 2019, Ally Bank responded to Plaintiffs' motion to compel. Ally Bank's response included its objections to Plaintiffs' discovery requests, but to date Ally Bank has not served Plaintiffs with the responses to the subject discovery.

    c.    Parties are awaiting a decision from the Court on Plaintiff's motion to compel.

**3) MOTION TO COMPEL AS TO DEFENDANT SAFEGUARD PROPERTIES MANAGEMENT, LLC**

    a.    On December 19, 2019 this Court ordered parties to file a status report regarding Plaintiffs' motion to compel. Parties have not been able to resolve the motion to compel against Safeguard Properties Management, LLC.

    b.    On December 30, 2019, Safeguard responded to Plaintiffs' motion to compel. Safeguard's response included answers to Plaintiffs' supplemental interrogatories and objections to Plaintiffs' discovery requests with respect to Plaintiffs' request for prior litigation information. Counsel for Safeguard has also represented that, to the extent any remaining documents remain outstanding, Safeguard will supplement its production within 14 days. To date Safeguard has not served Plaintiffs with the responses to the subject discovery.

    c.    Parties are awaiting a decision from the Court on Plaintiffs' motion to compel.

**4) MOTION TO COMPEL AS TO DEFENDANT ALISSA LLC**

    a.    On December 19, 2019 this Court ordered parties to file a status report regarding Plaintiffs' motion to compel. Parties have been able to resolve the motion to compel against Alissa LLC based on counsel's representations regarding Alissa attempting to gather and provide certain information. As a result, Plaintiffs have withdrawn their motion to compel as to Alissa, without prejudice.

[signatures on following page]

Dated: January 6, 2020

/s/ Daniel Brown
Daniel Brown
Main Street Attorney, LLC.
PO BOX 247
Chicago, IL 60690
P: (773)453-7410
F: (773)453-6420
daniel@mainstreetattorney.com

Celetha Chatman
Michael J. Wood
Community Lawyers, LLC.
20 N. Clark, Suite 3100
Chicago, IL 60602
P: 312-757-1880
F: 312-265-3227
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Panos T. Topalis
Panos T. Topalis
Justyna M. Kruk
Tribler Orpett, & Meyer P.C.
225 West Washington, Suite 2550
Chicago, IL 60606
Ph. 312-201-6422
pttopalis@tribler.com
jmkruk@tribler.com

*Counsel for Defendants Ally Bank, Cenlar FSB, and Safeguard Properties Management, LLC*

/s/ Molly Blaase
Stefan R. Danelles
Molly Blaase
Kaufman Dolowich & Voluck, LLP
135 South LaSalle Street, Suite 2100
Chicago, IL 60603
P: (312) 759-1400
F: (312) 759-0402
sdanelles@kdvlaw.com
mblaase@kdvlaw.com

*Counsel for Defendant Alissa LLC*

/s/ Michael J. McGowan
Michael J. McGowan
Thomas H. Hayden
SmithAmundsen, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
Tel: (312)894-3200
mmcgowan@salawus.com
thayden@salawus.com

*Counsel for Defendant Kayla Enterprises, LLC*

3